# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LIBERTY SURPLUS INSURANCE COMPANIES, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-0706 |
| SLICK WILLIES OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## MEMORANDUM AND OPINION

In June 2007, this court denied a motion to dismiss in this declaratory judgment insurance coverage suit. (Docket Entry No. 32). The motion sought dismissal on the basis that the plaintiff, Liberty Surplus Insurance Corporation, failed to meet the jurisdictional amount requirement. A few days before this court issued its ruling, similar motions to dismiss were filed by recently added defendants, 6808, Inc. and 5600, Inc., d/b/a Slick Willie's. (Docket Entry No. 30, 31). In response, Liberty Surplus Insurance Corporation relied on this court's June 2007 memorandum and opinion denying the earlier motion to dismiss and incorporated the response to that earlier motion. (Docket Entry No. 39).

The motions to dismiss filed by defendants 6808, Inc. and 5600, Inc. are denied for

the reasons stated in this court's memorandum and opinion issued on June 21, 2007.

SIGNED on November 26, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge